UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Serge Eric Bayard

    v.                                    Civil No. 11-cv-598-SM

Christopher Currier et al.[1]

**O R D E R**

    Serge Eric Bayard, a federal prisoner in Pennsylvania, has filed a complaint (doc. no. 1), asserting claims relating to his arrest, prosecution, and subsequent detention at the Merrimack County House of Corrections ("MCHC"). In a Report and Recommendation issued on this date, the magistrate judge has recommended that the district judge dismiss all claims and defendants named in the complaint (doc. no. 1), except for Bayard's claim, asserted under 42 U.S.C. § 1983, alleging that Bayard's rights under the Fourth Amendment were violated when he was subjected to approximately forty strip searches and visible body cavity inspections at MCHC, outside of the context of contact visits and booking procedures, without consideration of

---

[1] Defendants are the Town of New London, New Hampshire; New London Police Department ("NLPD") Chief David Seastrand; NLPD Officers Christopher Currier and David White; Assistant Merrimack County Attorney Ashlie Hooper; Merrimack County; Attorney Arthur Perkins; Mark Shovan; Rebecca Shovan; and Lydia Shovan-Palermo.

Bayard's individual circumstances, pursuant to Merrimack County policy. The complaint (doc. no. 1) shall thus be served upon Merrimack County, as specified below.

The clerk's office is directed to prepare and issue a summons for Merrimack County. The clerk's office shall forward to the United States Marshal for the District of New Hampshire (the "U.S. Marshal's office"): the summons; the complaint (doc. no. 1); the report and recommendation issued on this date; and this order. Upon receipt of the necessary documentation, the U.S. Marshal's office shall serve process on Merrimack County. See Fed. R. Civ. P. 4(j)(2); N.H. Rev. Stat. Ann. § 510:10. Defendant is instructed to answer or otherwise plead within twenty-one days of service. See Fed. R. Civ. P. 12(a)(1)(A).

Bayard is instructed that all future pleadings, written motions, notices, or similar papers shall be served directly on the defendant by delivering or mailing the materials to it, or to its attorney(s), pursuant to Fed. R. Civ. P. 5(b).

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

August 8, 2012

cc: Serge Eric Bayard, pro se
LBM:nmd