```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

Serge Eric Bayard

     v.                                Civil No. 11-cv-598-SM

Christopher Currier, et al

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated August 8, 2011.

SO ORDERED.

September 25, 2012                    _/s/ Steven J. McAuliffe_____
                                              Steven J. McAuliffe
                                              United States District Judge

cc: Serge E. Bayard
    Corey M. Belobrow, Esq.