```
                 UNITED STATES DISTRICT COURT FOR THE
                       DISTRICT OF NEW HAMPSHIRE
```

<u>Serge Eric Bayard</u>

      v.                          Civil No. 11-cv-598-SM

<u>Christopher Currier, et al</u>

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated August 8, 2011.

SO ORDERED.

September 25, 2012

_____
Steven J. McAuliffe
United States District Judge

cc: Serge E. Bayard
    Corey M. Belobrow, Esq.