UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Serge E. Bayard,
    Plaintiff

    v.                                          Case No. 11-cv-598-SM

Christopher Currier, et al.,
    Defendants

**O R D E R**

    Re:   (Document No. 33)
           Plaintiff's Second Motion for Voluntary Dismissal

**Ruling:** Plaintiff seeks to dismiss the remaining claim in this case, with prejudice, for reasons satisfactory to him. In part, however, he says he is motivated to seek dismissal because he thinks the assigned judge is biased against him (which is incorrect). He also says that his earlier criminal case and subsequent civil cases appear to have been "self-assigned to the same district judge," which he concludes is a circumstance not likely to bode well for his future litigation success. Plaintiff should understand two things: First, the case assignment process is administered by the Clerk's Office, without judicial participation, and it is random. Second, there are times when judges are as dismayed by (and doubting about) the results of that random assignment process as are some litigants, but it cannot be helped. The motion for voluntary dismissal without prejudice has provoked no response from defendant and it is hereby granted. The case is dismissed with prejudice. So ordered.

                                                        Steven J. McAuliffe
                                                        United States District Judge

Date:  February 7, 2013

cc:   Serge E. Bayard, pro se
       Corey M. Belobrow, Esq.